# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN D. SHIPMAN,<br><br>                          Plaintiff,<br><br>   v.<br><br>GENERAL REVENUE CORPORATION,<br><br>                          Defendant. | Case No. 17-cv-00937-BAS-JMA<br><br>**ORDER:**<br><br>**(1) VACATING JUDGMENT (ECF No. 17);**<br><br>**(2) TERMINATING MOTION FOR EXTENSION OF TIME (ECF No. 18); AND**<br><br>**(3) GRANTING JOINT MOTION TO DISMISS (ECF No. 19)** |

   Presently before the Court is the parties' joint motion to vacate the Clerk's judgment against Defendant General Revenue Corporation (ECF No. 17) and dismiss this action in its entirety with prejudice. (ECF No. 19.) The parties state that they have reached an agreement settling this matter in its entirety. Having read the moving papers, and good cause appearing, the Court **GRANTS** the joint motion, **VACATES** the previous judgment, and **DISMISSES WITH PREJUDICE** this action. The parties shall bear their own attorneys' fees and costs.

   The Clerk of the Court is directed to vacate the previous judgment (ECF No. 17) and close this case. Accordingly, the parties' joint motion for extension of time

for Plaintiff to file a motion for attorney's fees and costs is **TERMINATED** as moot. (ECF No. 18.)

      **IT IS SO ORDERED.**

**DATED: October 24, 2017**

Hon. Cynthia Bashant
United States District Judge